# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

**v.**          **CASE NO. 4:13CR00197-05 BSM**

**ABDUL AZIZ FARISHTA**                                           **DEFENDANT**

## JUDGMENT OF ACQUITTAL

Pursuant to the verdict returned by the jury on October 10, 2014, the defendant Abdul Aziz Farishta is found not guilty on Counts one and ten of the September 11, 2012, Superseding Indictment.

IT IS ORDERED, ADJUDGED AND DECREED that the defendant Abdul Aziz Farishta is acquitted, discharged and any bond exonerated.

IT IS SO ORDERED this 14th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE